In the Matter of the Application of THE TROY PRESS COMPANY, Respondent, for a Writ of Mandamus against ELIAS P. MANN, as County Treasurer of Rensselaer County, Appellant. '

(Submitted April 1, 1907; decided April 9, 1907.)

Motion for re-argument denied, with ten dollars costs. (See 187 N. Y. 279.)

---

EDWARD W. S. JOHNSTON, as Executor of JOSEFH HUGHES, Deceased, Respondent, v. HENRY HUGHES et al., Respondents, and THE SISTERS OF THE POOR OF ST. FRANCIS, Appellant, Impleaded with Another.

(Argued April 1, 1907; decided April 9, 1907.)

MOTION to amend remittitur. (See 187 N. Y. 446.)

*Lewis Johnston* for motion.

*Alfred J. Amend* opposed.

Motion granted, and it is ordered that the remittitur be returned and amended so as to provide as follows: "The judgments of the Appellate Division and the Special Term of the Supreme Court appealed from be and the same are hereby reversed in so far as they adjudge the bequest to the Trustees of the St. Francis Hospital invalid, and judgment ordered for appellant declaring the bequest valid, with costs payable out of the fund to parties appearing in this court by separate attorneys and filing briefs."